ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    FAX: (415) 436-7234
    Garth.Hire@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MAJOR ALEXANDER SESSION, III,<br><br>    Defendant. | NO. CR 15-00290 HSG<br>NO. CR 17-00089 HSG<br>NO. CR 24-00265 HSG<br><br>UNITED STATES' SENTENCING MEMORANDUM |

## I. INTRODUCTION

On October 23, 2024, defendant Major Alexander Session III (defendant) will be sentenced for his instant criminal conduct of possession of an unregistered firearm (short-barreled rifle) as well his violation of the terms and conditions of two separate terms of supervised release (CR 15-290 and CR 17-89). The government recommends that this Court sentence defendant to a total term of imprisonment of 46 months. As to the instant offense (CR 24-265), the government requests that this Court sentence defendant to a 37-month term of imprisonment to be followed by a three-year term of supervised release. With respect to the supervised release violations, the government recommends that this Court sentence defendant to two concurrent 18-month prison terms, 9 months of which is to run consecutive to the 37-month term of imprisonment for the instant offense.

## II. FACTUAL AND PROCEDURAL BACKGROUND

### A. Defendant's Prior Federal Convictions

On May 28, 2015, defendant was indicted for various offenses relating to narcotics trafficking and airport security violations. On January 27, 2016, defendant pled guilty pursuant to a plea agreement to possession with intent to distribute marijuana and violating airport security. The Honorable Phyllis J. Hamilton, United States District Court Judge, sentenced defendant to an 18-month prison term on both counts to run concurrent and three-year terms of supervised release to run concurrently. (PSR ¶ 35).

Defendant began his term of supervised release in September 2016 but was arrested in December 2016 for possession of a firearm and narcotics trafficking. On February 16, 2017, defendant was indicted by a federal grand jury for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). On June 28, 2017, defendant pleaded guilty to the indictment pursuant to a plea agreement and admitted to the violation of supervised release. Judge Hamilton sentenced defendant to 87 months imprisonment. (PSR ¶ 36).

### B. Defendant Arrested After Possessing and Discarding a Short-Barreled Rifle

Defendant commenced his most recent term of supervised release on August 2, 2023. (Dkt. 56). On January 21, 2024, at about 1:21 a.m., Oakland Police Department officers observed defendant on a residential street holding an assault rifle. (PSR ¶ 7). Defendant ran from the officers and discarded the

UNITED STATES' SENTENCING MEMORANDUM
CR 15-00290 HSG; CR 17-00089 HSG; CR 24-00265 HSG   2

rifle in a trash bin before being apprehended.  (PSR ¶¶ 8-9).  The rifle was an Anderson Manufacturing, Model AM-15 assault rifle that was loaded with an extended magazine that contained approximately 30 rounds of 7.62x39 mm ammunition.  The firearm had a barrel of less than 16 inches in length and was not registered to defendant in the National Firearms Registration and Transfer Record.  (PSR ¶ 10).

### C. Defendant's Guilty Plea and Violations of Supervised Release

On January 25, 2024, the USPO filed a Petition for Warrant for Person Under Supervision (Form 12) alleging that defendant violated the terms and conditions of his supervised release.  (Dkt. 56).  On May 9, 2024, the government filed a single count Information charging defendant with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).  (PSR ¶ 1).  On August 13, 2024, the government filed a Superseding Information charging defendant with possession of an unregistered firearm (short-barreled rifle) in violation of 26 U.S.C. § 5861(d).  (PSR ¶ 2).

On August 28, 2024, the defendant pleaded guilty to the sole count of the Superseding Information and admitted Charges One (possession of a firearm) and Two (committing another crime) in the Form 12.  (Dkt. 13).

## III. SENTENCING GUIDELINES CALCULATIONS

The parties and the USPO agree that following guidelines calculations apply to the instant offense and the supervised release violations:

Violation of 26 U.S.C. § 5861(d)

| | | |
|---|---|---:|
| a. | Base Offense Level, U.S.S.G. § 2K2.1(a)(3):<br>(Prior controlled subst. conviction and short barreled rifle/extended magazine) | 22 |
| b. | Acceptance of Responsibility:  If I meet the requirements of U.S.S.G. § 3E1.1 through sentencing, I may be entitled to a three-level reduction for acceptance of responsibility. | - 3 |
| c. | Adjusted offense level: | 19 |

Violations of Supervised Release

| | | |
|---|---|---:|
| a. | Grade of Violations (Charges 1 & 2, U.S.S.G. § 7B1.1(a)(1)) | A |

UNITED STATES' SENTENCING MEMORANDUM
CR 15-00290 HSG; CR 17-00089 HSG; CR 24-00265 HSG     3

(PSR ¶¶ 20-29). Defendant has six criminal history points and therefore falls within criminal history category III. (PSR ¶¶ 37-39). Thus, the defendant's guidelines range is 37-46 months. (PSR ¶ 74).

### IV. CONCLUSION AND SENTENCING RECOMMENDATION

With respect to the new offense charged in the Superseding Information, the government recommends that the Court impose a 37-month term of imprisonment to be followed by a three-year term of supervised release (including the special conditions defendant agreed to in his plea agreement and which the USPO recommends relating to searches and geographic restrictions) to run concurrently with the term of supervised release in case number CR 15-290 HSG. The defendant should also be ordered to pay a $100 special assessment and the Court should order defendant to forfeit (1) an Anderson Manufacturing, Model AM-15 assault rifle, bearing serial number 19274509; and (2) 30 rounds of 7.62x39mm ammunition.

With respect to the violations of supervised release, the government recommends that the Court sentence defendant as follows:

CR 15-290

An 18-month term of imprisonment (9 months of which is to run concurrently and 9 months of which is to run consecutively to the 37-month sentence above), to be followed by a three-year term of supervised release (including the special conditions referenced above) to run concurrently with the term of supervised release imposed in case number CR 24-265 HSG.

CR 17-89

An 18-month term of imprisonment (9 months of which is to run concurrently and 9 months of which is to run consecutively to the 37-month sentence above), with no term of supervision shall follow.

DATED: October 16, 2024

Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Garth Hire*
_____
GARTH HIRE
Assistant United States Attorney

UNITED STATES' SENTENCING MEMORANDUM
CR 15-00290 HSG; CR 17-00089 HSG; CR 24-00265 HSG     4